# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILHEMINA M. BATEMAN, | § | |
| | § | |
| Plaintiff Below, | § | No. 349, 2020 |
| Appellant, | § | |
| | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE | § | C.A. No. N18C-01-033 |
| DEPARTMENT OF | § | |
| TRANSPORTATION, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 16, 2021
Decided: June 30, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 30th day of June 2021, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its October 5, 2020 memorandum opinion and order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice